**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

YVETTE L. REYES, pro se,

Plaintiff,

vs.

WALMART, INC.,

Defendants.

Case No. 3:26-cv-00018-ART-CLB

**ORDER GRANTING**

**STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff YVETTE REYES, an individual, and Defendant WALMART, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

Dated this 16th day of August, 2026.

**TYSON & MENDES LLP**

/s/ *Griffith Hayes*

GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant Walmart, Inc.*

Dated this 16th day of August, 2026.

*/s/ Yvette Reyes*

Yvette Reyes
4500 Baker Lane, Apt. 134
Reno, NV 89509

*Plaintiff Pro Se*

**ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

**ANNE R. TRAUM**
**UNITED STATES DISTRICT JUDGE**

Dated: August 20, 2026